■ ZELLERSTEAN WHITE, Respondent, v KERRI L. JOHNSON,

Appellant.—Order unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Boehm, J. (Appeal from order of Supreme Court, Monroe County, Boehm, J. —dismiss complaint.) Present—Dillon, P. J., Doerr, Denman, Green and Lowery, JJ.